# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LABORERS INTERNATIONAL UNION
OF NORTH AMERICA LOCAL NO. 872,

                Plaintiff,

     vs.

BLUE CHIP ENTERPRISES, INC.

YOLANDA WOODS, d.b.a. STEP BY
STEP CLEANING SERVICE

SIX STAR CLEANING & CARPET
SERVICE, INC.

FLOPPY MOP, INC,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.:   2:11-cv-00927-GMN-RJJ**
**Case No.:   2:11-cv-00929-GMN-PAL**
**Case No.:   2:11-cv-00930-GMN-LRL**
**Case No.:   2:11-cv-00932-GMN-PAL**


**<u>ORDER REASSIGNING CASES</u>**

      Before the Court is Plaintiff Laborers International Union of North America Local No. 872 ("Union") Motion to Transfer and Reassign Case to Judge Lloyd D. George, District Judge.  Plaintiff filed four law suits against four different defendants.  Plaintiff filed identical motions in each case.  Blue Chip Enterprises is the Defendant in Case No. **2:11-cv-00927-GMN-RJJ**, and the motion to transfer is at ECF No. 6.  Yolanda Woods, d.b.a. Step by Step Cleaning Service is the Defendant is Case No. **2:11-cv-00929-GMN-PAL**, and the motion to transfer is at ECF No. 5.  Six Star Cleaning & Carpet Service, Inc. is the Defendant in Case No. **2:11-cv-00930-GMN-LRL**, and the motion to transfer is at ECF No. 5.  Floppy Mop, Inc. is the Defendant in Case No. **2:11-cv-00932-GMN-PAL**, and the motion to transfer is at ECF No. 5.  For the following reasons the Court GRANTS all four (4) motions.

      The four named cases all find their genesis in the case of *Collins v. Laborers*

*International Union of North America Local 872*, Case No. 2:11-cv-00524-LDG-LRL

("*Collins* litigation").  Plaintiffs in that case sued the Union claiming that the Union undertook

a number of wrongful actions in violation of the Labor-Management Agreement.  The Union

now brings various cases against the plaintiffs in the *Collins* litigation to compel arbitration.

Rule 42(a) of the Federal Rules of Civil Procedure provides:

If actions before the court involve a common question of fact or law, the
court may:

(1) join for hearing or trial any or all matters at issue in the actions;
(2) consolidate the actions; or
(3) issue any other orders to avoid unnecessary cost or delay.

The Court finds that this case shares common questions of fact and law with the *Collins*

litigation.  Transfer of these cases to the Honorable Lloyd D. George, United States District

Judge, will result in a judicial economy whereby two Judges will not have to learn the same

facts and hearings can be calendared at the same time in multiple cases.  Accordingly,

Plaintiff's motions are GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff Laborers International Union of North

America Local No. 872's Motion to Transfer **Case No. 2:11-cv-00927-GMN-RJJ (ECF No.**

**6) is hereby GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff Laborers International Union of North

America Local No. 872's Motion to Transfer **Case No. 2:11-cv-00929-GMN-PAL (ECF No.**

**5) is hereby GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff Laborers International Union of North

America Local No. 872's Motion to Transfer **Case No. 2:11-cv-00930-GMN-LRL (ECF No.**

**5) is hereby GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff Laborers International Union of North

America Local No. 872's Motion to Transfer **Case No. 2:11-cv-00932-GMN-PAL (ECF No.**

1  **5**) is hereby **GRANTED**.

2      DATED this 19th day of July, 2011.

3

4      _____

5      Gloria M. Navarro
       United States District Judge